UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              Case No. 19-10677-MKV

    Krailes Debrist Flores,                     Chapter 7

                      Debtor.
---------------------------------------------------------------X

## NOTICE OF REPLY TO DEBTOR'S OPPOSITION TO MOTION TO CONFIRM ABSENCE OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that upon the Motion dated March 28, 2019 (the "Motion"), of Fay Servicing LLC as servicer for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust (the "Movant"), a secured creditor of the above-named Debtor, by its attorneys, Friedman Vartolo LLP., shall move before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004-1408, on May 29, 2019 at 10:00 a.m., seeking an Order: (i) pursuant to 11 U.S.C. § 362(c)(4)(A)(i) and (ii) confirming that the automatic stay imposed by 11 U.S.C. § 362(a) did not take effect upon the filing of the instant petition as the debtor had two previous cases pending within the previous year which were dismissed and (ii) granting such other and further relief as this Court deems is just and proper.

Dated: May 20, 2019
      New York New York

                        FRIEDMAN VARTOLO, LLP

                        /s/ Jonathan Schwalb, Esq.
                        JONATHAN SCHWALB, ESQ.
                        85 Broad Street, Suite 501
                        New York, NY 10004
                        T: (212) 471-5100
                        F: (212) 471-5150

TO:

Krailes Debrist Flores
*Debtor*
117 Rockwood Street #1
Bronx, NY 10452

Juan Delacruz
*Co-Mortgagor*
117 Rockwood Street
Bronx, NY 10452

Btzalel Hirschhorn
*Debtor Attorney*
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415

Deborah Piazza
*Trustee*
Tartar Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018

U.S. Trustee
*Office of the United States Trustee*
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014