UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                                              Case No. 19-10677-MKV

            Krailes Debrist Flores,                    Chapter 7

                              Debtor.

------------------------------------------------------------X

## CERTIFICATION OF SERVICE

       On May 20, 2019, I served a true copy of the annexed **REPLY TO DEBTOR'S OPPOSITION TO MOTION TO CONFIRM ABSENCE OF STAY** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                          FRIEDMAN VARTOLO, LLP

                                                         /s/ Jonathan Schwalb, Esq.
                                                         JONATHAN SCHWALB, ESQ.
                                                         85 Broad Street, Suite 501
                                                         New York, NY 10004
                                                         T: (212) 471-5100
                                                         F: (212) 471-5150

**SERVICE LIST:**

Krailes Debrist Flores
*Debtor*
117 Rockwood Street #1
Bronx, NY 10452

Juan Delacruz
*Co-Mortgagor*
117 Rockwood Street
Bronx, NY 10452

Btzalel Hirschhorn
*Debtor Attorney*
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415

Deborah Piazza
*Trustee*
Tartar Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018

U.S. Trustee
*Office of the United States Trustee*
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014